UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES,

    -v-                                  No.  91-CR-174-LTS

RITA STAFFORD,

        Defendant.

-------------------------------------------------------x

## Order

        The Court has received a letter from Rita Stafford Glasco requesting sealing of her 1991 criminal conviction in the above-captioned case.  Ms. Glasco's letter has been filed at docket entry no. 40.

        Ms. Glasco is not challenging her conviction.  Rather, her letter explains that she completed her sentence many years ago and that, given her positive and successful efforts to build a new life since, she would like to have her conviction sealed, especially as her current employer has requested all employees be fingerprinted.  Unfortunately, the Court does not have authority to grant Ms. Glasco's request for sealing.  Where, as here, a request for sealing is brought years after a valid conviction and completion of the sentence imposed, the court does not have the power to assert jurisdiction over, or grant, requests for expungement of such.  Doe v. United States, 833 F.3d 192, 196 n. 1 (2d Cir. 2016) (vacating district court's grant of motion to "expunge" a criminal conviction on grounds of collateral consequences and post-offense rehabilitation, where district court had "in effect" sealed Doe's criminal conviction, and remanding with instructions to dismiss the motion for lack of jurisdiction).  The only federal statute providing for the judicial relief Ms. Glasco seeks is 18 U.S.C. section 3607, but that

statute limits the types of convictions that may be expunged to certain offenses under section 404 of the Controlled Substances Act. 21 U.S.C. § 844. Ms. Glasco was not convicted under 21 U.S.C. section 844. The Court therefore does not have power under current law to exercise jurisdiction of this request, or to grant it. Accordingly, Ms. Glasco's request is denied.

The Clerk of Court is respectfully directed to mail a copy of this order to Ms. Glasco, at the below address.

SO ORDERED.

Dated: New York, New York
November 24, 2025

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

Copy to be mailed to:

Rita Glasco
4367 Thornbriar Lane, Apt 205
Orlando, FL 32822